IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22689-CIV-KING

NORA BARNES,

    Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Fed.R.Civ.P. 58 and the Order of this Court granting Defendant's Motion for Summary Judgment (D.E. #17), it is ORDERED and ADJUDGED that judgment be entered in favor of Defendant Diamond Aircraft Industries, Inc. and against Plaintiff Nora Barnes, according to the terms of the Court's Order Granting Summary Judgment. The Clerk of the Court be and he is hereby directed to CLOSE this case with a notation that all pending motions are DENIED as moot. The Court retains jurisdiction of the above-styled action to determine fees, costs, and expenses upon appropriate motion.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 25th day of July, 2007.

                                                JAMES LAWRENCE KING
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

*Pro Se Plaintiff:*
Ms. Nora Barnes
613 Colonial Ave.
Norfolk, VA 23507

*Counsel for Defendant:*
J. Thompson Thornton, Esq.
THORNTON, DAVIS & FEIN, P.A.
Brickell BayView Centre, Suite 2900
80 S.W. 8th Street
Miami, Florida 33130-3036
Facsimile: 305-441-2374

Thomas J. Strueber, Esq.
McKenna Long & Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
Facsimile: (404) 527-4198